IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES W. CHAMBERS, JR.
Soc. Sec. # XXX-XX-4059,

    Plaintiff,

      v.

CAROLYN W. COLVIN
Acting Commissioner of Social
Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3761-TWT

**ORDER**

This is an action seeking judicial review of the Commissioner's decision denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending affirming the decision of the Commissioner. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The decision of the Commissioner is AFFIRMED.

T:\ORDERS\14\Chambers\r&r.wpd

SO ORDERED, this 10 day of December, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge